Docusign Envelope ID: 0BF550EA-B4C8-8466-8052-934A459278A2



**No. 26-2838**

**IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

KOSTAS GIANNOULIAS,

*Petitioner*,

*v.*

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

*Respondent.*

On Petition for Review from the Federal Motor Carrier Safety Administration

# DECLARATION OF TODD KINDEL IN SUPPORT OF EMERGENCY MOTION OF NON-PARTY AURORA OPERATIONS, INC. TO SEAL DOCUMENTS FILED AS EXHIBITS TO PETITIONER'S EMERGENCY MOTION FOR RECONSIDERATION AND RENEWED RULE 18 RELIEF

I, Todd Kindel, hereby declare as follows:

1. In my capacity as Vice President of Operations at Aurora Operations, Inc. ("Aurora"), I oversee testing, data collection, and the scaling of commercial operations. Based on this role, I possess personal knowledge of the facts set forth in this declaration and am fully competent to testify to them if called upon to do so.

2. I have reviewed Supplemental Exhibits B, C, D, and E to Petitioner's Kostas S. Giannoulias's ("Petitioner") Emergency Motion for Reconsideration and Renewed Rule 18 Relief Based On Material New Evidence (the "Motion"). Each contains internal documentation to Aurora not publicly available to my knowledge. I have also reviewed the Motion and accompanying declaration, which, in parts repeats information from Supplemental Exhibits B-E. Attached as Exhibit 1 to this declaration is a proposed redacted version of the Motion, declaration and exhibits. I address each exhibit specifically:

3. Supplemental Exhibit B represents Aurora's internal Standard Operating Procedure documentation, which discusses proprietary hardware and safety configurations in Aurora's vehicles, guides operators and Aurora personnel regarding procedures for the

collection of data that is used for developing source code, maps, and data analytics for its vehicles as well as planned stops of Aurora's vehicles.

4. Supplemental Exhibit C represents two slides from an internal presentation I delivered at Aurora, including proprietary information related to how it trains employees, including vehicle operators, terminal managers, regional managers, and technical development personnel for purposes of developing autonomy, including specific targets.

5. Supplemental Exhibit D appears to be notes reflecting an internal Aurora presentation regarding safe operating practices at Aurora, including how Aurora safely captures data, how vehicle operators are advised to handle specific scenarios and procedures for different modes of autonomy.

6. Supplemental Exhibit E includes as its first page a screenshot of what appears to be an internal Slack message at Aurora, detailing technical investigation of recent "disengagements" (when a human takes over driving the vehicle), including disengagement metrics and implementation details of Aurora's autonomy practices and software.

7. The second page of Supplemental Exhibit E appears to be another screenshot of an internal Slack message at Aurora, providing a technical analysis of recent events, including describing Aurora's autonomy practices and software.

8. The third page of Supplemental Exhibit E appears to be a screenshot from Aurora's command center, detailing its internal software to remotely observe vehicle operation, user interface and capture data for autonomy development.

9. Supplemental Exhibits B-E reflect Aurora's non-public, confidential, and/or sensitive information and trade secrets relating to internal standard operating procedures and the development of its proprietary vehicles, including the environmental interactions of Aurora's vehicles with external factors and Aurora's process through which it verifies the frequency of these interactions. Aurora has invested significant resources into not only the technical development of the Aurora Driver (its autonomy platform), but also the training and processes that underpin Aurora's operations, which provide a competitive advantage. These documents, and the information contained therein, are provided only to employees and contractors subject to non-disclosure

agreements. If this information became available to Aurora's competitors, they could use the information to gain an unfair advantage over Aurora, or to understand current or to predict Aurora's future strategies and/or practices. This includes Aurora's operating procedures for autonomous vehicles, which I understand Aurora has spent several years developing best practices through experimentation and data collection. Disclosure of these documents would cause irreparable harm to Aurora.

10. Additionally, Supplemental Exhibits B, C, D, and E implicate safety procedures in Aurora's vehicles. Disclosure of these documents, if intentionally misused, could potentially cause safety issues for Aurora personnel.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Coppell, Texas on October 6, 2026.

Signed by:
Todd Kindel
7F1DE9E3F7AC410...
Todd Kindel