# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 13, 2026

*Before*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 26-2838 | KOSTAS GIANNOULIAS,<br>Petitioner<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: FMCSA-2026-0958<br>Federal Motor Carrier Safety Administration | |

The following are before the court:

1. **EMERGENCY MOTION OF NON-PARTY AURORA OPERATIONS, INC. TO SEAL DOCUMENTS FILED AS EXHIBITS TO PETITIONER'S EMERGENCY MOTION FOR RECONSIDERATION AND RENEWED RULE 18 RELIEF**, filed on October 7, 2026, by counsel for Aurora Operations, Inc.

2. **PETITIONER'S RESPONSE IN OPPOSITION TO AURORA OPERATIONS, INC.'S NON-PARTY EMERGENCY MOTION TO SEAL OR, ALTERNATIVELY, REQUEST TO LIMIT REDACTIONS**, filed on October 13, 2026, by the pro se petitioner.

**IT IS ORDERED** that non-party Aurora Operations, Inc.’s motion to maintain documents under seal is **GRANTED**. The clerk’s office shall maintain under seal petitioner’s emergency motion for reconsideration, filed on October 5, 2026. The clerk’s office shall file the redacted version of the motion, tendered by Aurora Operations, Inc. with its motion to seal, in the public record.

form name: **c7_Order_3J** (form ID: **177**)