**No. 26-2838**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

KOSTAS GIANNOULIAS,

*Petitioner*,

*v.*

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

*Respondent.*

On Petition for Review from the Federal Motor Carrier Safety Administration

# EMERGENCY MOTION TO ENFORCE COURT'S SEALING ORDER (DKT. NO. 17)

*(Counsel listed on following page)*

JORDAN R. JAFFE
WILSON SONSINI
GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
jjaffe@wsgr.com

ELI B. RICHLIN
WILSON SONSINI
GOODRICH & ROSATI
Professional Corporation
31 West 52nd Street, Fifth Floor
New York, NY 10019
(212) 999-5800
erichlin@wsgr.com

SAMANTHA MACHOCK
WILSON SONSINI
GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130
(858) 350-2300
smachock@wsgr.com

*Counsel for Aurora Operations, Inc.*

Non-Party Aurora Operations, Inc. ("Aurora") respectfully submits this motion in response to Petitioner's Response in Opposition to Aurora's Motion to Seal (Dkt. No. 16, hereafter "Opposition"). Aurora previously moved this Court (at Dkt. No. 12) for an order sealing certain documents filed as exhibits to Kostas S. Giannoulias's ("Petitioner") Emergency Motion for Reconsideration and Renewed Rule 18 Relief Based On Material New Evidence. *See* Dkt. No. 10.

On October 13, the Court granted the motion to seal. Dkt. No. 17. Aurora urgently replies because, in opposing Aurora's motion to seal, Petitioner <u>publicly filed information that Aurora sought to seal and the Court has now ordered sealed</u>. Aurora thus respectfully requests the Court, today or as soon as practicable, seal Petitioner's most recent filing (Dkt. No. 16), which repeats information subject to the Court's sealing order and replace it with the proposed redacted version attached herein as Exhibit 1. As noted in Aurora's Motion to Seal (Dkt. No. 12), these materials come from internal Aurora documents improperly disclosed to Petitioner, and the public disclosure of these materials causes Aurora

irreparable harm.[1] That remains true for Petitioner's second filing with this information.

Aurora thanks the Court for its attention to these matters, and hopes no further sealing requests will be required.

Dated: October 13, 2026

Respectfully submitted,

By: */s/ Jordan R. Jaffe*
Jordan R. Jaffe

Jordan R. Jaffe
Wilson Sonsini Goodrich & Rosati, P.C.
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
jjaffe@wgsr.com

Eli B. Richlin
Wilson Sonsini Goodrich & Rosati, P.C.
31 West 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
erichlin@wsgr.com

[1] On October 8, 2026, Aurora contacted Petitioner to demand the immediate return of its property and confidential information under trade secret and other applicable laws. Aurora also requested that Petitioner cease all use of the documents, including no further public disclosure. Aurora reserves all rights.

Samantha Machock
Wilson Sonsini Goodrich & Rosati, P.C.
12235 El Camino Real
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (866) 974-7329
smachock@wsgr.com

*Counsel for Aurora Operations, Inc.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Aurora Operations, Inc. states as follows:

Aurora Operations, Inc. is a self-driving technology company and a wholly-owned subsidiary of Aurora Innovation, Inc., a publicly-held company. T. Rowe Price Investment Management, Inc., a wholly-owned subsidiary of T. Rowe Price Group, Inc., a publicly-held company, has a 10% or greater interest in the Class A Common Stock of Aurora Innovation, Inc. Morgan Stanley, a publicly-held company, and Morgan Stanley Investment Management Inc., a wholly-owned subsidiary of Morgan Stanley, each have 10% or greater interest in the Class A Common Stock of Aurora Innovation, Inc.

/s/ *Jordan R. Jaffe*
Jordan R. Jaffe

*Counsel for Aurora Operations, Inc.*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because it contains 254 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/Jordan R. Jaffe*
Jordan R. Jaffe

*Counsel for Aurora Operations, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 13, 2026 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and supporting document via the appellate CM/ECF system. At my direction, this document and supporting document will also be served by mail to Petitioner at 3851 Mission Hills Road, Unit 210, Northbrook, IL 60062.

*/s/Jordan R. Jaffe*
Jordan R. Jaffe

*Counsel for Aurora Operations, Inc.*