**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| KOSTAS GIANNOULIAS,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>Respondent. | No. 26-2838 |

**MOTION TO EXTEND TIME TO FILE THE
CERTIFIED INDEX OF RECORD**

Respondent Federal Motor Carrier Safety Administration (FMCSA) moves for an extension of time to file the certified index of the record, if necessary, until thirty days after the Court rules on its pending motion to dismiss.

1. Petitioner Kostas Giannoulias filed a petition for review of an order of the FMCSA on September 8, 2026. Dkt. 1. The government's deadline to file a certified index of the record is October 19, 2026. *See* Fed. R. App. P. 17(a) (40-day deadline); 28 U.S.C. § 2346 (default deadline provided by Federal Rules of Appellate Procedure applies to Hobbs Act petitions).

2. On October 14, 2026, the government moved to dismiss the petition for review as moot. *See* Dkt. 20.

3. Good cause exists to extend FMCSA's deadline to file the index of the administrative record pending resolution of its motion to dismiss. FMCSA's threshold jurisdictional argument does not require reference to the administrative record. In the event the motion is granted, there will be no need for FMCSA to complete, or the Court to consider, any administrative record. Requiring premature compilation of the administrative record would waste time and resources.

4. If its motion to dismiss is denied, FMCSA respectfully requests thirty days from the date of such denial to file the index to the record.

5. The government consulted with petitioner, who opposes the relief sought in this motion.

## CONCLUSION

This Court should grant the motion and extend the deadline to file a certified index until thirty days after the Court resolves FMCSA's motion to dismiss.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

STEVEN A. MYERS

*/s/ Maxwell A. Baldi*
MAXWELL A. BALDI
BENJAMIN T. TAKEMOTO
Attorneys, Appellate Staff
Civil Division, Room 7513
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 532-0211
maxwell.baldi@usdoj.gov

October 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 255 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/ Maxwell A. Baldi*
MAXWELL A. BALDI

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.

Petitioner has consented in writing to service by electronic mail, which will be accomplished by sending a copy of this motion to kostas@haasefreightsystems.com.

*/s/ Maxwell A. Baldi*
MAXWELL A. BALDI