# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 15, 2026

Before

NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 26-2838 | KOSTAS GIANNOULIAS,<br>Petitioner<br>v.<br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br>Respondent |

| **Originating Case Information:** |
|---|
| Agency Case No: FMCSA-2026-0958<br>Federal Motor Carrier Safety Administration |

The following is before the court:

1. **EMERGENCY MOTION TO ENFORCE COURT'S SEALING ORDER (DOCKET ENTRY 17)**, filed on October 13, 2026, by the non-party Aurora Operations, Inc.

2. **RESPONSE TO MOTION FOR RECONSIDERATION AND CROSS-MOTION TO DISMISS THE PETITION FOR REVIEW**, filed on October 14, 2026, by counsel for the respondent.

**IT IS ORDERED** that the motion to seal is **GRANTED**. The clerk's office shall maintain under seal petitioner's response in opposition, filed on October 13, 2026. The clerk's office shall file the redacted version of the response, tendered by Aurora Operations, Inc. with its motion to enforce the sealing order, in the public record.

**IT IS FURTHER ORDERED** that petitioner shall file a response to the respondent's cross-motion to dismiss the petition by October 26, 2016.