# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 15, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2838 | KOSTAS GIANNOULIAS,<br>Petitioner<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: FMCSA-2026-0958<br>Federal Motor Carrier Safety Administration | |

Upon consideration of the **MOTION TO EXTEND TIME TO FILE THE CERTIFIED INDEX OF RECORD**, filed on October 14, 2026, by counsel for the respondent,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the respondent shall file the certified list or agency record by November 18, 2026.