# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 6, 2026

Before
MICHAEL Y. SCUDDER, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 26-2838 | KOSTAS GIANNOULIAS,<br>Petitioner<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: FMCSA-2026-0958<br>Federal Motor Carrier Safety Administration | |

The following are before the court:

1. **PETITIONER'S EMERGENCY MOTION FOR RECONSIDERATION AND RENEWED RULE 18 RELIEF BASED ON MATERIAL NEW EVIDENCE**, filed on October 5, 2026, by the pro se petitioner.

2. **RESPONSE TO MOTION FOR RECONSIDERATION AND CROSS-MOTION TO DISMISS THE PETITION FOR REVIEW**, filed on October 14, 2026, by counsel for the respondent.

3. **PETITIONER’S RESPONSE IN OPPOSITION TO RESPONDENT’S CROSS-MOTION TO DISMISS THE PETITION FOR REVIEW**, filed on October 26, 2026, by the pro se petitioner.

4. **REPLY IN SUPPORT OF CROSS-MOTION TO DISMISS THE PETITION FOR REVIEW**, filed on November 2, 2026, by counsel for the respondent.

**IT IS ORDERED** that the motion to reconsider is **DENIED**.

**IT IS FURTHER ORDERED** that the cross motion to dismiss is **GRANTED** and this petition is **DISMISSED** as moot.

form name: **c7_Order_3J** (form ID: **177**)